WALLACE C. DOOLITTLE (SBN 158116)
JAMES P. DOWNS (SBN 139489)
**LAW OFFICES OF WALLACE C. DOOLITTLE**
555 California Street, Suite 300
San Francisco, CA  94104

TELEPHONE: (510) 888-0600
FACSIMILE:  (510) 888-0606
EMAIL:       doolittlew@doolittlelaw.com

Attorneys for Plaintiff PAUL MILLNER

UNITED STATES DISTRICT COURT

IN AND FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MILLNER, an individual,<br><br>       Plaintiff,<br><br>v.<br><br>CHEVRON USA INC., CHEVRON LONG TERM INCENTIVE PLAN, RETIREMENT RESTORATION PLAN, CHEVRON INCENTIVE PLAN, and DOES 1-50 inclusive,<br><br>       Defendants. | Case No. 14-cv-04272-JSW<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR JANUARY 9, 2015 AT 11:00 A.M.**<br> **AND ORDER THEREON** |

     COMES NOW Plaintiff PAUL MILLNER, by and through his counsel, and hereby notifies the Court that the parties conducted a mediation before Yaroslav Sochynsky, at WULLF, QUINBY & SOCHYNSKY, and have reached a final settlement of this matter.  The parties have exchanged drafts of an agreement for full and final settlement of this matter.

     NOW, THEREFORE, Plaintiff PAUL MILLNER, by and through his counsel, hereby requests a continuance of the Case Management Conference currently set for January 9, 2015 at

11:00 a.m.  Plaintiff requests that the Case Management Conference be continued for sixty (60) days for completion of a settlement agreement and entry of dismissal.

Dated:  January 5, 2015             LAW OFFICES OF WALLACE C. DOOLITTLE


_____/S/_____
Wallace C. Doolittle, Esq.
James P. Downs, Esq.
Attorneys for Plaintiff
PAUL MILLNER

The Court GRANTS Plaintiff's request to continue, and it HEREBY CONTINUES the case management conference set for January 9, 2015 to March 13, 2015 at 11:00 a.m.  If a dismissal has not been filed by March 3, 2015, the parties - or Plaintiff if Defendants have not yet appeared - shall file a status report by March 6, 2015.

The Court HEREBY ADMONISHES Plaintiff that, in the future, all requests to the Court for relief shall be accompanied by a proposed order.

January 6, 2015

*Jeffrey S. White*

2

**NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**